**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-2219**

─────────

KARL G. BYRD, SR.,

                                        Plaintiff - Appellant,

        versus

THE BALTIMORE SUN COMPANY; BALTIMORE GRAPHIC
COMMUNICATIONS UNION #31; ROBERT STALLINGS,
President, Baltimore Graphic Communications
Union #31,

                                        Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
00-2677-JFM)

─────────

Submitted:  August 27, 2004      Decided:  October 15, 2004

─────────

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Ralph T. Byrd, Laytonsville, Maryland, for Appellant.  Howard K.
Kurman, Laura L. Hoppenstein, OFFIT, KURMAN, YUMKAS & DENICK, P.A.,
Owings Mills, Maryland; Charles Lamasa, Baltimore, Maryland, for
Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karl G. Byrd, Sr., appeals the district court's order granting Defendants' motion for summary judgment in Byrd's employment discrimination action and denying Byrd's motion for a continuance and motion to strike materials submitted in support of summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Byrd v. Baltimore Sun Co.</u>, No. CA-00-2677-JFM (D. Md. Aug. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>